UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAMMY ALLISON HOLLOWAY,<br><br>     Plaintiff,<br><br>     v.<br><br>MERRICK GARLAND, Attorney General of the United States of America, *et al.*,<br><br>     Defendants. | Civil Action No. 24-226 (BAH)<br><br>Judge Beryl A. Howell |

### ORDER

Upon consideration of the Motion to Dismiss, ECF No. 11, filed by defendants Merrick Garland, in his official capacity as Attorney General for the United States of America; Colette Peters, in her official capacity as Director of the Federal Bureau of Prisons ("BOP"); and Former Assistant Attorney General, Lee J. Lofthus, in his official capacity as a board member of the Federal Prison Industries ("FPI"), plaintiff Tammy Allison Holloway's Complaint, ECF No. 1, and supporting exhibits filed separately thereto, ECF No. 3, as well as the related legal memorandum in support of defendants' Motion to Dismiss, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby--

**ORDERED** that defendants' Motion to Dismiss, ECF No. 11, is **GRANTED**; it is further

**ORDERED** that plaintiff's claims for violations of federal whistleblower protections, as well as workplace discrimination and hostile work environment on the basis of parental status, are **DISMISSED**, with prejudice, for lack of subject matter jurisdiction, pursuant to Federal Rule of Civil Procedure 12(b)(1); it is further

1

**ORDERED** that plaintiff's claims for workplace discrimination on the basis of disability, race and color, sex, and national origin; hostile work environment; and denial of a reasonable disability accommodation, are **DISMISSED**, without prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6); and it is further

**ORDERED** that the Clerk of the Court is directed to close this case.

**SO ORDERED.**

Date:  January 1, 2025

*This is a final and appealable order*.

_____
**BERYL A. HOWELL**
United States District Judge